

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. A.a minor, by and through her guardian ad litem, and all others similiary situated,<br><br>Plaintiff,<br><br>v.<br><br>County of Riverside,<br><br>Defendants. | Case No. ED CV 14-02556-VAP(SPx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the above-entitled action has settled.

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the of the settlement.

DATED: September 12, 2018

By: _____
VIRGINIA A. PHILLIPS
Chief United States District Judge

1.