FILED
CLERK, U.S. DISTRICT COURT
9/17/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RF___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| A.A., a minor, by and through her guardian ad litem, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Riverside, a public entity; Karla Torres and Felicia Butler, individuals, together with all others similarly situated,<br><br>Defendants. | CASE NO.: 5:14-cv-02556-VAP-(SPx)<br><br>**JUDGMENT PURSUANT TO FRCP RULE 68**<br><br>*Complaint Filed on 12/12/14* |

---

**JUDGMENT PURSUANT TO FRCP RULE 68 OFFER**

WHEREAS, on August 24, 2018, Defendant County of Riverside served on Plaintiff A.A. an Offer of Judgment ("Offer") in favor of Plaintiff A.A. and against County of Riverside, and on August 30, 2018, Plaintiff A.A. accepted Defendant's offer;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

Plaintiff A.A. shall take judgment against Defendant County of Riverside in this Action in exchange for the total sum of Forty Nine Thousand, Nine Hundred and Ninety-Nine Dollars ($49,999) as well as the dismissal of individually named defendants Karla Torres and Felicia Butler and the dismissal with prejudice of this entire Action.

This judgment shall be in full satisfaction of all federal and state law claims and rights that A.A. may have to damages, or any other form of relief arising out of the alleged acts or omissions of defendants County of Riverside or any official, employee, or agent, either past or present, of the County of Riverside, or any agency thereof, in connection with the facts and circumstances that are the subject of this action. A.A. shall be deemed the prevailing party on her individual claims, including her Monell claim.

This judgment shall not preclude A.A., as the prevailing party, from moving the Court for an award of reasonable attorneys' fees and costs incurred in the pursuit of her individual claims, including Monell. Nor does this judgment constitute a waiver of Defendants' rights to oppose any such motion by A.A.'s attorneys for their reasonable attorneys' fees and costs incurred in pursuing the case on behalf of A.A. Nothing in this offer or any of its provisions constitutes an admission or acknowledgment by Defendants that A.A., as a prevailing party, is entitled to any class related attorneys fees or costs, which A.A. contends she is entitled to in connection with the pursuit of her individual claims, including *Monell* claim.

This judgment was accepted within 14 days after service. This

**JUDGMENT PURSUANT TO FRCP RULE 68 OFFER**

judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any defendant, or any official, employee, or agent of the County of Riverside, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

This judgment will act to release and discharge defendants County of Riverside and Defendants Karla Torres and Felicia Butler; their successors or assigns; and all past and present officials, employees, representatives and agents of the County of Riverside, and/or any agency thereof, from any and all claims that were or could have been alleged by A.A. in the above referenced action.

This judgment also will operate to waive plaintiffs rights to any claim for interest on the amount of the judgment.

Plaintiff agrees that payment of $49,999 within 60 days of the date of acceptance of the offer shall be a reasonable time for such payment. Plaintiff shall have 90 days from the entry of this judgment in which to file her motion for fees and costs. Defendants' opposition will be due 30 days thereafter, and A.A.'s Reply shall be due 30 days after Defendants' opposition.

IT IS SO ORDERED

DATED: September 17, 2018

Hon. Virginia Phillips
CHIEF UNITED STATES DISTRICT JUDGE

**JUDGMENT PURSUANT TO FRCP RULE 68 OFFER**